Grover PHILLIPS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Feb. 4, 1944.

C. A. Denny for movant.

Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

BOARD OF BAR COMMISSIONERS OF THE KENTUCKY BAR ASSOCIATION, Complainant, v. Roy A. FALKENBURGER, Respondent.

Court of Appeals of Kentucky.

Feb. 15, 1944.

PER CURIAM.

Hubert Meredith, Attorney General, for complainant.

The Board of Bar Commissioners of the State Bar Association filed in this court its report recommending that respondent be disbarred and his license revoked. The respondent failed to appear or respond thereto, and having so failed the report is adopted and confirmed and respondent Roy A. Falkenburger is disbarred from practice in this Commonwealth and his license to practice is revoked and canceled.

It is further adjudged that respondent shall pay the costs accrued in this court and incurred by complainant, for which execution may issue.

B. H. COX et al., Doing Business Under Firm Name and Style of Cox Chevrolet Sales, Movants, v. Sam HORN, Opposed.

Court of Appeals of Kentucky.

Feb. 15, 1944.

Wells & Wells for movants.

Jasper H. Preece, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.